UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DK SMITH INTERNATIONAL TRADE, INC., *et al.*, | CASE NO. 2:20-cv-00744-RSM-JRC |
| Plaintiffs, | PRETRIAL SCHEDULING ORDER |
| v. | |
| GLOBAL SALES GROUP COMPANY, *et al.*, | |
| Defendants. | |

This matter is before the Court on the parties' joint status report. Dkt. 22. Having considered the parties' report, the Court sets the following deadlines:

| Event | Date |
|---|---|
| Deadline for joining additional parties | **September 14, 2020** |
| Deadline for amending pleadings | **September 14, 2020** |
| Plaintiff's expert disclosures under Fed. R. Civ. P. 26(a)(2) | **January 29, 2021** |
| Defendant's expert disclosures under Fed. R. Civ. P. 26(a)(2) | **February 12, 2021** |

| Rebuttal expert disclosures | **March 1, 2021** |
|---|---|
| All motions related to discovery must be filed by

Motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) and LCR 37(a)(2) | **April 1, 2021** |
| Discovery completed by | **May 1, 2021** |
| All dispositive motions must be filed by (*see* LCR 7(d)) | **May 31, 2021** |
| Settlement Conference per LCR 39.1(c)(2) held no later than | **June 1, 2021** |
| Mediation Conference per LCR 39.1(c) held no later than | **July 1, 2021** |

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

Pursuant to LCR 16(a)(2), the Court declines to rule on requests for relief made in the joint status report. If this matter is not resolved by settlement or dispositive motion, the Honorable Ricardo S. Martinez will set a trial date.

## ALTERATIONS TO ELECTRONIC FILING PROCEDURES

As of June 1, 2004, counsel shall be required to electronically file all documents with the court. *Pro se* litigants may file either electronically or in paper form. Information and procedures or electronic filing can be found on the Western District of Washington's website at https://www.wawd.uscourts.gov.

The following alterations to the Electronic Filing Procedures apply in all cases pending before Judge Martinez:

- Section III, Paragraph F: When the aggregate submittal to the Court (i.e., the motion, any declarations and exhibits, the proposed order, and the certification of service) exceeds 50 pages in length, a paper copy of the document (3-hole punched, with dividers, banded or clipped as needed. No binders.) must be delivered to the Clerk's Office by 10:30 a.m. the day after filing.  The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers."  Counsel and *pro se* parties should familiarize themselves with temporary directions regarding Courtesy Copies during the COVID-19 outbreak.  *See* https://www.wawd.uscourts.gov/judges/martinez-chambers.

- Section III, Paragraph L: Unless the proposed order is stipulated, agreed, or otherwise uncontested, the parties need not email a copy of the order to the judge's orders email address.

**Discovery and Settlement**

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible.  Counsel shall also cooperate in preparing the agreed pretrial order in the format required by LCR 16.1.

Should this case settle before Judge Martinez has ruled on dispositive motions, counsel shall notify Judge Creatura's courtroom deputy at Kelly_Miller@wawd.uscourts.gov.  Should this case settle after Judge Martinez has ruled on dispositive motions, counsel shall immediately notify Judge Martinez's courtroom deputy at (206) 370-8521.  Pursuant to LCR11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

The Clerk is directed to send copies of this Order to all parties of record.

Dated this 19th day of August, 2020.

J. Richard Creatura
United States Magistrate Judge