HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DK SMITH INTERNATIONAL TRADE, INC., a British Columbia corporation, and BARRY SMITH, an individual,<br><br>    Plaintiffs,<br><br>    vs.<br><br>GLOBAL SALES GROUP COMPANY, a Washington State corporation; NORIO MITSUOKA, an individual; and RYUJI MITSUOKA, an individual,<br><br>    Defendants. | Civil Action No.: 2:20-cv-00744-RSM-JRC<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |
| GLOBAL SALES GROUP COMPANY, a Washington State corporation<br><br>    Counter-Claimant,<br><br>    v.<br><br>DK SMITH INTERNATIONAL TRADE, INC., a British Columbia corporation,<br><br>    Counter-Defendant. | |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
**Page 1 of 4**

WOLF & LEE, LLP
230 E. Champion Street
Bellingham, WA 98225
Ph: (360) 676-0306/Fax: (360) 676-8058

## STIPULATION

COME NOW the parties in the above-captioned action, pursuant to Fed. R. Civ. P. 41(1)(A)(ii), by and through their counsel of record, and hereby stipulate to voluntarily dismiss with prejudice all claims and counterclaims raised, or that could have been raised, by the parties, arising out of the agreements, claims, and contentions stated in the action, without an award of attorneys' fees or costs to any party.

DATED this 4th day of February, 2021.

Stipulated to by:

*/s/ Mark J. Lee*
Mark J. Lee, WSBA #19339
Elizabeth Slattery, WSBA #56349
of Wolf & Lee, LLP
230 E. Champion Street
Bellingham, WA 98225
Ph.: (360) 676-0306
E-mail: mark@bellinghamlegal.com
elizabeth@bellinghamlegal.com
Attorneys for Plaintiff/Counter-Defendant DK Smith International Trade, Inc. and Plaintiff Barry Smith

*/s/ Kevin W. Isaacson (per e-mail authority)*
Kevin W. Isaacson (Pro Hac Vice)
of Ropers Majeski PC
50 W. San Fernando Street, Suite 1300
San Jose, CA 95113
Ph.: (408) 287-6262
E-mail: kevin.isaacson@ropers.com
Attorneys for Defendant and Counter-Claimant Global Sales Group Company and Defendants Norio Mitsuoka and Ryuji Mitsuoka

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
Page 2 of 4

WOLF & LEE, LLP
230 E. Champion Street
Bellingham, WA 98225
Ph: (360) 676-0306/Fax: (360) 676-8058

## ORDER

Based upon the above stipulation,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims and counterclaims raised, or that could have been raised, by the parties, arising out of the agreements, claims, and contentions stated in the action are dismissed with prejudice and without an award of attorneys' fees or costs to any party.

DATED this 5th day of February, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Mark J. Lee*
Mark J. Lee, WSBA #19339
Elizabeth Slattery, WSBA #56349
of Wolf & Lee, LLP
230 E. Champion Street
Bellingham, WA 98225
Ph.: (360) 676-0306
E-mail:  mark@bellinghamlegal.com
             elizabeth@bellinghamlegal.com
Attorneys for Plaintiff/Counter-Defendant DK Smith International Trade, Inc. and Plaintiff Barry Smith

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
**Page 3 of 4**

WOLF & LEE, LLP
230 E. Champion Street
Bellingham, WA 98225
Ph: (360) 676-0306/Fax: (360) 676-8058

1
2
3   */s/ Kevin W. Isaacson (per e-mail authority)*
4   Kevin W. Isaacson (Pro Hac Vice)
    of Ropers Majeski PC
5   50 W. San Fernando Street, Suite 1300
    San Jose, CA 95113
6   Ph.: (408) 287-6262
    E-mail: kevin.isaacson@ropers.com
7   Attorneys for Defendant and Counter-
    Claimant Global Sales Group Company
8   and Defendants Norio Mitsuoka and
    Ryuji Mitsuoka
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24  **STIPULATION AND ORDER OF DISMISSAL**     **WOLF & LEE, LLP**
    **WITH PREJUDICE**                        230 E. Champion Street
    **Page 4 of 4**                           Bellingham, WA 98225
25                                            Ph: (360) 676-0306/Fax: (360) 676-8058